```
rongcheninfo
LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America
```

ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP -8 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00017 |
| Plaintiff. | **INFORMATION** |
| vs. | **UNLAWFUL ENTRY BY ALIEN** [8 U.S.C. § 1325(a)(1)] (Misdemeanor) |
| RONG SHENG CHEN, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, RONG SHENG CHEN, who was then and there an alien, did knowingly and unlawfully enter the United States, at a point near Urunao, Guam, which said time and place was then and there other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 18, United States Code, Section 1325(a)(1).

Dated this 8th day of September 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney