# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____  Docket Number __06-00017__
Same Defendant __X__   New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name ___Rong Sheng Chen___

Allisas Name _____

Address _____

Birthdate __XX/XX/1974__  SS# __N/A__  Sex __M__  Race __A__  Nationality __Chinese__

**RECEIVED SEP - 8 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ___Frederick A. Black___

**Interpreter:** ___ No __X__ Yes     List language and/or dialect: __Mandarin__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1325(a)(1) | UNLAWFUL ENTRY BY ALIEN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __9-8-06__   Signature of AUSA: _[signature]_