# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00017    DATE: September 18, 2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 1:45:42 - 2:01:08
CSO: B. Benavente

**APPEARANCES:**

Defendant: Rong Sheng Chen    Attorney: Mark Smith
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black    U.S. Agent: Mike Hernandez, B.I.C.E.
U.S. Probation: Christopher Duenas    U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard    Language: Mandarin

**PROCEEDINGS: Initial Appearance re Information and Plea**
- Defendant sworn and examined.
- Plea entered: Guilty to Unlawful Entry by Alien
- Sentencing set for: January 8, 2007 at 9:30 a.m.
- Presentence Report due to the parties: November 10, 2006
- Presentence Report due to the Court: December 22, 2006
- Defendant to remain in the custody of the U.S. Marshals Service as previously ordered in CR-06-00023.

NOTES: