**FILED**
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>**RONG SHENG CHEN,**<br><br>    Defendant. | MAGISTRATE CASE NO. **06-00017**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **MARK S. SMITH** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 8, 2006.

Dated this 18th day of September, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

ORIGINAL