THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Rong Sheng Chen*

FILED
DISTRICT COURT OF GUAM
DEC 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 06-00017 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT'S STATEMENT OF POSITION RE: PROPOSED PRE-SENTENCE REPORT** |
| RONG SHENG CHEN, ) | |
| Defendant. ) | |

**COMES NOW**, Defendant, Rong Sheng Chen, by and through undersigned legal counsel and hereby submits his statement of position with respect to the proposed pre-sentence report as required Federal Rules of Criminal Procedure, Rule 32 and the United States District Court of Guam, General Order, 98-00002.

Pursuant to U.S. District Court of Guam's General Order, <u>Sentencing Procedures</u>; Defendant must file a response to (d)(1) and (d)(2) as stated below:

> (d)(1), All sentencing factors, facts and other matters material to sentencing that remain in dispute, including a statement, and calculation if appropriate, showing how the dispute affects the calculation of the applicable guidelines range, and;

CM/Rong.Chen
Def.Stmt.of.Position.re. Proposed.Pre-Sentence
Page 1 of 2
Case 1:06-mj-00017   Document 10   Filed 12/11/2006   Page 1 of 2

(d)(2), Whether an evidentiary hearing is requested and, if so, an estimate of the time required for such hearing and summary of the evidence to be produced. Upon receipt of any such objections, the probation officer shall conduct any further investigation and make any revisions to the presentence report that are deemed necessary.

Defendant has no objection and hereby adopts the U.S. Probation Office analysis with respect to requirements (d)(1) and furthermore, hereby waives the right to an evidentiary hearing as provided in (d)(2) of General Order 98-00002.

Dated this 11th day of December, 2006.

Respectfully submitted,

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, ***Rong Sheng Chen***

CM/Rong.Chen
Def.Stmt.of.Position.re. Proposed.Pre-Sentence

Page 2 of 2

Case 1:06-mj-00017   Document 10   Filed 12/11/2006   Page 2 of 2