# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-06-00017-001                        DATE: January 08, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez        Electronically Recorded: 9:36:32 - 9:47:21
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Rong Shen Chen                        Attorney: Mark Smith
☑ Present ☑ Custody ☐ Bond ☐ P.R.                ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black                U.S. Agent:
U.S. Probation: Carleen Borja                    U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard                Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defense's oral motion to omit the recommendation of community service was granted by the Court.
- Defendant addressed the Court and apologized.
- Defendant sentenced to probation for a term of <u>two years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:
```
The Court instructed Government counsel to submit the necessary pleading for dismissal in
CR-06-00023, pursuant to the plea agreement in this case.
```